NEIL M. POPOWITZ, ESQ. (Cal. Bar No. 140634)
**RELAW, APC**
2535 Townsgate Road, Suite 207
Westlake Village, CA 91361
(805) 265-1031 (Telephone)
(805) 265-1032 (Facsimile)
neil@relawapc.com (Email)

Attorneys for Finest City Escrow, Inc.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

IN RE:

RETURN OF FUNDS SEIZED BY THE UNITED STATES OF AMERICA AND IDENTIFIED AS ASSET IDS 23-FBI-000004, 23-FBI-000005, 23-FBI-000006, 23-FBI-000007, AND 23-FBI-000008

Case No. **'23 CV0646 AGS MSB**
Hon.

**NOTICE OF MOTION AND MOTION FOR RETURN OF PROPERTY PURSUANT TO FRCP 41(G)**

Date:
Time:

TO: The Honorable _____; United States Attorney Randy S. Grossman; Assistant United States Attorney Oleksandra Johnson, Elah Abbas, by and through Attorney Amir Makled.

Please take notice that on _____ at _____ AM, or as soon as the matter can be heard, Finest City Escrow, Inc., by and through Attorney Neil M. Popowitz, will move for Return of Property pursuant to FRCP Rule 41(g).

The motion is based on the instant notice of motion, the attached memorandum of points and authorities, the Declaration of Brian W. Hurley, and any evidence taken should there be a hearing on the matter.

DATED: April 6, 2023

Respectfully Submitted,
**RELAW, APC**

By: _____
Neil Popowitz, Esq.
Attorneys for FINEST CITY ESCROW, INC.
Email: neil@relawapc.com