NEIL M. POPOWITZ, ESQ. (Cal. Bar No. 140634)
**RELAW, APC**
2535 Townsgate Road, Suite 207
Westlake Village, CA 91361
(805) 265-1031 (Telephone)
(805) 265-1032 (Facsimile)
neil@relawapc.com (Email)

Attorneys for Finest City Escrow, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RETURN OF FUNDS SEIZED IN SEIZURE NO 3780230004, SEIZURE NO 3780230005, SEIZURE NO 3780230006, SEIZURE NO 3780230007, AND SEIZURE NO 3780230010 | Case No. **'23 CV 0646 AGS MSB**<br>Hon.<br><br>**DECLARATION OF BRIAN W. HURLEY IN SUPPORT OF MOTION FOR RETURN OF PROPERTY PURSUANT TO FRCP 41(G)**<br><br>Date:<br>Time: |

## DECLARATION OF BRIAN W. HURLEY

I, Brian W. Hurley, declare as follows:

1.     The matters stated herein are of my own personal knowledge, and if called as a witness, I could competently testify as to the matters stated herein, except for those matters stated on information and believe, and as to those matters, I believe them to be true.

2.     I am the President and CEO of Finest City Escrow, Inc. Finest City is a California corporation licensed as an "Escrow Agent" pursuant to Cal. Financial Code § 17000 et seq. The scope of Finest City's business includes the facilitation of real property escrow transactions by which we hold funds and documents in custody pending the fulfillment, by the applicable buyers and sellers, of all conditions required to finalize a property purchase and sale.

3.     On August 12, 2022, Finest City opened an escrow (our reference FCE-1995-BK) to facilitate the sale, by Ms. Victoria Singleton (the "Seller") to FA Service 5, Inc. (the "Buyer") of

RELAW, APC
2535 Townsgate Road, Suite 207 • Westlake Village, CA 91361
(805) 265-1031 (Telephone) • jennifer@relawapc.com (Email)

the real property commonly referred to as 7430 Lisbon Street, San Diego, California 92114 (the "Property").

4.     In the ordinary course of this escrow transaction, Finest City sent documents and forms to the Seller and Buyer to review, sign and return. Among the forms sent to the Seller was an "Instructions for Proceeds" by which the Seller provided Finest City with a signed and notarized direction as to the bank account to which the net proceeds of sale are to be delivered, via wire transfer, at the time the escrow closed.

5.     On September 12, 2022, Finest City was contacted via telephone by a person now known to have been fraudulently impersonating the Seller (the "Impersonator"). The Impersonator advised a Finest City employee that she wished to change the bank account she had designated for receipt of her proceeds. The employee advised the Impersonator that Finest City could only accept proceeds instructions in writing and then, only if notarized. The Impersonator gave the employee an email address to which the employee emailed a blank version of our Instructions for Proceeds form.

6.     The Impersonator emailed a completed, signed, and notarized Instructions for Proceeds form identifying a Wells Fargo Bank account to which funds were to be transmitted at closing. A true and correct photocopy of the email from the Impersonator is attached hereto as Exhibit "A". A true and correct photocopy of the fraudulently completed, signed and notarized wire instruction from the Impersonator is attached hereto as Exhibit "B".

7.     At closing on October 12, 2022, based on the information provided on the fraudulent form, Finest City transmitted $414,263.36 to the identified Wells Fargo Bank account. A true and correct photocopy of the wire transmittal to the Wells Fargo account is attached hereto as Exhibit "C".

8.     On Friday, October 14, 2022, the Seller called Finest City to inquire about the status of her proceeds wire. The employee advised her by phone that the escrow had closed two days earlier and that the proceeds had been transmitted by wire to the Wells Fargo account provided on the updated form. The Seller clarified that she had never sent an updated form, that she only banked with Union Bank, and that she had not received her funds.

DECLARATION OF BRIAN W. HURLEY

RELAW, APC
2535 Townsgate Road, Suite 207 • Westlake Village, CA 91361
(805) 265-1031 (Telephone) • jennifer@relawapc.com (Email)

9.      Finest City immediately (i) contacted its bank (AXOS Bank in San Diego, the issuing bank of the transmitted wire) and asked that it immediately recall the wire to Wells Fargo; (ii) filed an IC3 with the FBI's Internet Crime Compliance Center; (iii) contacted the FBI's San Diego field office and engaged Special Agent Alexander E. Murray to tag the IC3 and to make contact with Wells Fargo Bank (Exhibit "D"); and (iv) contacted the FBI's Cyber Crime Unit, based in Los Angeles, to engage a Special Agent to freeze the misdirected funds. A true and correct photocopy of the IC3 is attached hereto as Exhibit "D".

10.     Throughout the FBI's pursuit of the stolen monies, Finest City has maintained consistent and continuing contact with Special Agent Murray and has provided copies of file documents and other materials to assist with the FBI investigation.

11.     The California Department of Financial Protection and Innovation (DFPI), the state agency responsible for overseeing and regulating licensed Escrow Agents, required Finest City to provide funds to the actual Seller in the full amount of the calculated sale proceeds. The shareholders of Finest City were required to add capital to Finest City in the amount of $414,263.36 to permit Finest City to reimburse the actual Seller in full. A true and correct photocopy of Finest City's check to the Seller is attached hereto as Exhibit "E".

12.     Of the total of $414,263.36 stolen, Finest City has recovered only $6,567.19. As noted above, upon discovering the fraud, Finest City contacted its bank, AXOS Bank, to recall the wire. Unfortunately, Wells Fargo Bank reported that only $6,567.19 remained of the $414,263.36 transmitted. Finest City has suffered a loss of $407,696.17. A true and correct photocopy of the Wells Fargo wire for $6,567.19 is attached hereto as Exhibit "F".

13.     It is my understanding, information, and belief, based upon my communications with Special Agent Alex Murray and my review of the Affidavit of Special Agent Alexander Murray in Support of Seizure Warrant in case number 22MJ3960 (a true and correct photocopy of the Order to Unseal (Limited) Seizure Warrant is attached hereto as Exhibit "G") that Special Agent Alex Murray traced the misdirected funds belonging to Finest City from the Wells Fargo account to the accounts identified as Asset ID 23-FBI-000004, 23-FBI-000005, 23-FBI-000006, 23-FBI-

DECLARATION OF BRIAN W. HURLEY

1  000007, and 23-FBI-000008, and that these are the funds belonging to Finest City.

2  14.     It is my understanding, information, and belief that the funds seized are not contraband,

3  but simply the funds inadvertently delivered to the Impersonator during the closing of the escrow

4  of the Property.

5  15.     It is my understanding, information, and belief that the government's need for the property

6  as evidence has ended.

7  16.     Finest City is the victim of the criminal offense underlying the forfeiture of this property

8  and has suffered a pecuniary loss as a result. Finest City is the rightful owner of the funds, and

9  delaying return will cause irreparable harm to Finest City.

10          I declare under penalty of perjury under the laws of the United States that the foregoing is

11  true and correct.

12  April 6, 2023, in San Diego, California.

13

14  By: _____

15       Brian W. Hurley

RELAW, APC
2535 Towngate Road, Suite 207 • Westlake Village, CA 91361
(805) 265-1031 (Telephone) • jennifer@relawapc.com (Email)

- 4 -
DECLARATION OF BRIAN W. HURLEY

EXHIBIT A

**Subject:** Proceed Form | 7430 Lisbon Street | 1995
**Date:** Monday, September 12, 2022 at 3:51:17 PM Pacific Daylight Time
**From:** Victoria Singleton <mymuse4life@tutanota.com>
**To:** Team KWC <teamkwc@finestcityescrow.com>
**Attachments:** Singleton Proceed Form.pdf

Please confirm the receipt of my new wiring instructions thanks.

Feel free to contact me at 843-269-4100.

Victoria.

# EXHIBIT B

**Instructions for Proceeds**

Exhibit "B"

RE:  ESCROW NO. FCE-1995-BK  PROPERTY ADDRESS:  7430 Lisbon Street, San Diego, CA 92114

Upon the close of the above referenced escrow, you are hereby instructed to disburse the proceeds due the undersigned as follows:

### PLEASE CHECK ONE OF THE FOLLOWING:

| | | | | |
|---|---|---|---|---|
| ( ) | **Check for proceeds will be picked up at your office – NOTARY NOT REQUIRED** | | | |
| ( ) | Check is to be ( ) delivered to ( ) picked up by my real estate agent – **NOTARY REQUIRED** | | | |
| ( ) | Mail Check to (**Notary NOT Required**): | Street Address | | |
| ( ) | $25.00 – Overnight my check to: (Notary **NOT Required**): | City | State | Zip Code |
| ( ) | Send to 1031 Exchange Company ***(Notarization Required)*** | Name | | |
| | | Phone | | |
| ⊠ | $30.00 – Wire Transfer Funds: ***NOTARIZATION REQUIRED*** | Bank Name:  Wells Fargo | | |
| | | Bank Address:  1 California St, San Francisco, CA 94111 | | |
| | ***Note:  Wire Requests are for US banks ONLY.  We do not send international wires*** | ABA/Routing Number:  121000248 | | |
| | | Account Number:  5685316076 | | |
| | | Name on Bank Account:  Victoria Singleton | | |
| | | Your Phone # to Verify Instructions:  843-269-4100 | | |
| ( ) | Other Instructions | | | |

Signature(s):  *Victoria Singleton*

Victoria Singleton

---

A notary public officer or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

State of  CA

County of  Los Angeles  ) ss.

On  Sept 12 2022  before me  K.T Fischer

Notary Public, personally appeared  Victoria Singleton

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing is true and correct.

WITNESS my hand and official seal

Signature  *K.T Fischer*

K. T. FISCHER
Notary Public · California
Los Angeles County
Commission # 2346223
My Comm. Expires Feb 10, 2025

(Seal)

EXHIBIT C

Exhibit "C", Page 1

# Outgoing Wire Request Form

**File No.:**
FCE-1995-BK

**Reference No.:**
201449

**Wire Date:**
October 12, 2022

**Bank Name:**
AXOS Bank

**Account Number:**
200000400396

**Closer:**
Brooke Kane-Wootton FCE

**Buyer:**
FA Service 5, Inc.

**Seller:**
Victoria Singleton

**Property:**
7430 Lisbon Street, San Diego, CA 92114

| Wire Transfer Source: | Trust Account Bank: | **AXOS Bank** |
|---|---|---|
| | Trust Account Number: | **200000400396** |
| | Trust Account ABA: | **122287251** |

| Wire Transfer Destination: | Bank Name: | **WELLS FARGO BANK, NA** |
|---|---|---|
| | ABA Routing Number: | **121000248** |
| | Credit Account Name: | **Victoria Singleton** |
| | Credit Account Number: | **5685316076** |
| | Further Credit To: | |
| | Memo: | |
| | Extended Memo: | **Closing Proceeds: $414,263.36** |

**AMOUNT:**
**$ 414,263.36**

_____
AUTHORIZED SIGNATURE

_____
AUTHORIZED SIGNATURE

---

FOR USE BY INTERNAL ACCOUNTING DEPARTMENT

| Keyed: | Approved: | Issued: |
|---|---|---|
| By:_____ | By:_____ | By:_____ |
| On:___/___/___ | On:___/___/___ | On:___/___/___ |
| | | Fed Reference Number: |
| | | _____ |

Exhibit "C", Page 2

**Instructions for Proceeds**

RE: ESCROW NO. FCE-1995-BK  PROPERTY ADDRESS: 7430 Lisbon Street, San Diego, CA 92114

Upon the close of the above referenced escrow, you are hereby instructed to disburse the proceeds due the undersigned as follows:

<u>PLEASE CHECK ONE OF THE FOLLOWING:</u>

| | |
|---|---|
| ( )  Check for proceeds will be picked up at your office – **NOTARY NOT REQUIRED** | |
| ( )  Check is to be (  ) delivered to (  ) picked up by my real estate agent – **\*\*NOTARY REQUIRED\*\*** | |
| ( )  Mail Check to (**Notary NOT Required**): | Street Address |
| ( )  $25.00 – Overnight my check to: (**Notary NOT Required**): | City           State           Zip Code |
| ( )  Send to 1031 Exchange Company **\*\*\*(Notarization Required)\*\*\*** | Name<br>Phone |
| ☒  $30.00 – Wire Transfer Funds: **\*\*\*NOTARIZATION REQUIRED\*\*\***<br><br>**\*\*\*Note: Wire Requests are for US banks ONLY.  We do not send international wires\*\*\*** | Bank Name: Wells Fargo<br>Bank Address: 1 California St, San Francisco, CA 94111<br>ABA/Routing Number: 121000248<br>Account Number: 5685316076<br>Name on Bank Account: Victoria Singleton<br>Your Phone # to Verify Instructions: 843-269-4100 |
| ( )  Other Instructions | |

Signature(s):

Victoria Singleton
_Victoria Singleton_

A notary public officer or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

State of ___CA___ )
County of ___Los Angeles___ ) ss.
On __Sept 12 2022__ before me __K.T Fischer__
Notary Public, personally appeared __Victoria Singleton__

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing is true and correct.

WITNESS my hand and official seal

Signature __K.T Fischer__

K. T. FISCHER
Notary Public - California
Los Angeles County
Commission # 2346223
My Comm. Expires Feb 10, 2025

(Seal)

Exhibit "C", Page 3

## Team KWC

| | |
|---|---|
| **From:** | Notifications@axosbank.com |
| **Sent:** | Wednesday, October 12, 2022 12:19 PM |
| **To:** | SD; Team KWC; ETHOMPSON@AXOSBANK.COM |
| **Subject:** | Axos Bank - Outgoing Wire |

**Importance:**     High

Attention!

NOTICE OF OUTGOING WIRE TRANSFER

10/12/22
Axos Bank

Funds in the amount of $ 414,263.36 have been wired to:

Beneficiary: Victoria Singleton
Bank/ABA #: WELLS FARGO BANK, 121000248

From: FINEST CITY ESCROW, INC. Acct Ending 0396

Outgoing Wire - Online fee.......$.00

FED REFERENCE: 20221012MMQFMP9N000247

MESSAGE TO BENEFICIARY:

7430 LISBON STREET, SAN DIEGO CA 92114 - 1995-BK


AXOS BANK

*****This is an automated email*****

1



Finest City Escrow, Inc.
2727 Camino Del Rio South, Suite 300
San Diego, CA 92108
Office   619-658-3930
Fax      619-860-1020
Web      www.finestcityescrow.com

Licensed by the DBO Under License #965-2719

## RECEIPT FOR FUNDS

Receipt No.: 402459
Finest City Escrow - Trust Account x0396

| | | | |
|---|---|---|---|
| Date: | October 17, 2022 | | |
| File No.: | FCE-1995-BK | Settlement Agency: | Finest City Escrow, Inc. |
| | | Closer: | Brooke Kane-Wootton FCE |
| Lender: | Orchard Funding, LLC | | |
| Property: | 7430 Lisbon Street, San Diego, CA 92114 | Seller: | Victoria Singleton |
| Buyer: | FA Service 5, Inc. | From: | Finest City Operating Account |
| | | For: | Other |
| **Amount Received:** | **$414,263.36** | | |
| | | Instrument: | Wire |

Received By:  _____

Stephen Martin

# EXHIBIT D



**Complaint Referral Form**
**Internet Crime Complaint Center**

Based on the information you provided it appears you may be the victim of fraudulent financial activity. As soon as possible, please contact your bank to send a Hold Harmless Letter or Letter of Indemnity (LOI) to the 'Recipient Bank'. Due to the time-sensitive nature of crimes involving fraudulent wire transactions, your bank should initiate a recall of funds as soon as possible.

Thank you. Your complaint was submitted to the IC3. Please save or print a copy of your complaint before closing this window. *This is the only time you will have to make a copy of your complaint.*

### Victim Information

Name: Brooke Kane
Are you reporting on behalf of a business? Yes
Business Name: Finest City Escrow
Is the incident currently impacting business operations? Yes
Age: 40 - 49
Address: 2727 Camino Del Rio South
Address (continued):
Suite/Apt./Mail Stop: 300
City: San Diego
County: San Diego
Country: United States of America
State: California
Zip Code/Route: 92108
Phone Number: 6196583930
Email Address: brooke@finestcityescrow.com
Business IT POC, if applicable:
Other Business POC, if applicable:

### Financial Transaction(s)

Transaction Type: WireTransfer
If other, please specify:
Transaction Amount: 414263.36
Transaction Date: 10/12/2022
Was the money sent? Yes

Victim Bank Name: Victoria Singleton
Victim Bank Address: PO Box 512380
Victim Bank Address (continued):
Victim Bank Suite/Mail Stop:
Victim Bank City: Los Angeles

Victim Bank Country: United States of America
Victim Bank State: California
Victim Bank Zip Code/Route: 90051
Victim Name on Account: Victoria Singleton
Victim Account Number: 0023125870

Recipient Bank Name: Wells Fargo Bank
Recipient Bank Address: 1 California Street
Recipient Bank Address (continued):
Recipient Bank Suite/Mail Stop:
Recipient Bank City: San Francisco
Recipient Bank Country: United States of America
Recipient Bank State: California
Recipient Bank Zip Code/Route: 94111
Recipient Name on Account: Victoria Singleton
Recipient Bank Routing Number: 121000248
Recipient Account Number: 5685316076
Recipient Bank SWIFT Code:

## Description of Incident

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

Finest City Escrow received a phone call from someone stating they were our Seller and wanted to change their Proceeds Disbursement Instructions. We explained that we need a new form completed and notarized in order to change this. We (Finest City Escrow) emailed a new proceeds disbursement form. We received a completed form back and notarized with new information. On 10/12/22, we called Victoria Singleton to confirm the wire instructions prior to sending the wire and she confirmed those instructions, so we sent the wire. We received a call from Victoria today stating she never received her funds. Once we looked into it, we discovered the scam.

Which of the following were used in this incident? (Check all that apply.)
☐ Spoofed Email
☐ Similar Domain
☐ Email Intrusion
☑ Other     Please specify: Fraudulent Notary & Flase Financial Information

## Information About The Subject(s) Who Victimized You

Name: Unknown

Business Name: Unknown
Address: Unknown
Address (continued): Unknown
Suite/Apt./Mail Stop: Unknown
City: Unknown
Country:
State:
Zip Code/Route: Unknown
Phone Number: 8432694100
Email Address: mymuse4life@tutanota.com
Website:
IP Address:

Name: Unknown
Business Name: Unknown
Address: Unknown
Address (continued): Unknown
Suite/Apt./Mail Stop: Unknown
City: Unknown
Country:
State:
Zip Code/Route: Unknown
Phone Number:
Email Address: kiwiwa27@yahoo.com
Website:
IP Address:

## Other Information

If an email was used in this incident, please provide a copy of the entire email including full email headers.

Proceed Form | 7430 Lisbon Street | 1995

Please confirm the receipt of my new wiring
instructions thanks.

Feel free to contact me at 843-269-4100.

Victoria.

Are there any other witnesses or victims to this incident?

Yes, Desiree Walker and Tameria Torres, both
with Finest City Escrow.

If you have reported this incident to other law enforcement or government agencies, please provide the name,
phone number, email, date reported, report number, etc.

FBI report on 10/14/2022

Check here if this an update to a previously filed complaint: ☐

## Who Filed the Complaint

Were you the victim in the incident described above? No

---

**Digital Signature**

By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S.Code, Section 1001)

Digital Signature: Brooke Kane

---

Thank you. Your complaint was submitted to the IC3. Please save or print a copy of your complaint before closing this window. *This is the only time you will have to make a copy of your complaint.*

# EXHIBIT E

**Finest City Escrow, Inc. - Escrow Trust Account**
2727 Camino Del Rio South, Suite 300
San Diego, CA 92108
(619) 658-3930

Exhibit "E"

AXOS Bank
SAN DIEGO, CA
90-8725/1222

**109224**

Order Number: FCE-1995-BK

Date: 10/26/2022

PAY    Four Hundred Fourteen Thousand Two Hundred Sixty Three And 36/100    $414,263.36

Void After 90 Days

TO THE
ORDER OF
Victoria Singleton
716 Marjorie Drive
San Diego, CA 92114

MEMO    Seller Proceeds

⑈109224⑈ ⑆122287251⑈ 200000400396⑈

| | | | |
|---|---|---|---|
| Check No. | 109224 | Paid to | Victoria Singleton |
| Order No. | FCE-1995-BK | Date | 10/26/2022 |
| Amount | $414,263.36 | | |

Amount Breakdown
Seller Proceeds   $414,263.36

Payee: Victoria Singleton
Order Number: FCE-1995-BK
Closer Name: Brooke Kane-Wootton FCE
Borrower: FA Service 5, Inc.
Seller: Victoria Singleton
Property: 7430 Lisbon Street, San Diego, CA 92114

Memo: Seller Proceeds

| | | | |
|---|---|---|---|
| Check No. | 109224 | Paid to | Victoria Singleton |
| Order No. | FCE-1995-BK | Date | 10/26/2022 |
| Amount | $414,263.36 | | |

Amount Breakdown
Seller Proceeds   $414,263.36

Payee: Victoria Singleton
Order Number: FCE-1995-BK
Closer Name: Brooke Kane-Wootton FCE
Borrower: FA Service 5, Inc.
Seller: Victoria Singleton
Property: 7430 Lisbon Street, San Diego, CA 92114

Memo: Seller Proceeds

# EXHIBIT F

Exhibit "F"

| | |
|---|---|
| **From:** | Notifications@axosbank.com |
| **Sent:** | 27 Oct 2022 17:31:31 -0500 (CDT) |
| **To:** | SD;Team KWC;ETHOMPSON@AXOSBANK.COM |
| **Subject:** | Axos Bank - Incoming Wire |
| **Importance:** | High |

Attention!

NOTICE OF INCOMING WIRE TRANSFER

10/27/22
Axos Bank

Funds in the amount of $ 6,567.19 have been wired from:

ORIGINATOR: WF WIRES PORTLAND-ACCOUNTS PAYABLE
ORIGINATOR ACCOUNT: AC-000027464461100
ORIGINATOR ADDRESS: MAC F8235-024
7000 VISTA DR 2ND FL
WEST DES MOINES IA US 50266-9310
BANK/ABA#: WELLS FARGO SF 121000248

BENEFICIARY NAME:
TO CREDIT ACCOUNT: Acct Ending 0396


FED REFERENCE: 20221027MMQFMP9N00034310271757FT03

MESSAGE FROM ORIGINATOR:


AXOS BANK

*****This is an automated email*****



Finest City Escrow

Finest City Escrow, Inc.
2727 Camino Del Rio South, Suite 300
San Diego, CA 92108
Office   619-658-3930
Fax      619-860-1020
Web      www.finestcityescrow.com

Licensed by the DBO Under License #961-2739

# RECEIPT FOR FUNDS

Receipt No.: 402481

Finest City Escrow - Trust Account x0396

Date:            October 27, 2022

File No.:        FCE-1995-BK

Lender:          Orchard Funding, LLC
Property:        7430 Lisbon Street, San Diego, CA 92114
Buyer:           FA Service 5, Inc.

**Amount Received:**  **$6,567.19**

Settlement Agency: Finest City Escrow, Inc.
Closer:            Brooke Kane-Wootton FCE

Seller:            Victoria Singleton

From:              WF WIRES PORTLAND-ACCOUNTS PAYABLE
For:               Other
Instrument:        Wire

Received By:       _Dwalker_____

                   Desiree Walker

EXHIBIT G

FILED

APR 5 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF | Case No. 22MJ3960 |
| All funds, up to $75,400, on deposit in Bank of America, 24120 Ford Road, Dearborn Heights, MI 48127, Account Number 375021587842 | ORDER TO UNSEAL (LIMITED) SEIZURE WARRANT **FILED UNDER SEAL** |

Upon motion of the United States, and good cause appearing, IT IS HEREBY ORDERED that the Seizure Warrant and related docket entries be unsealed for the limited purpose of disclosing the materials to Finest City Escrow and its counsel. This Order does not otherwise unseal any document or docket entry to the public generally, nor does this Order unseal any sealed document or docket entry as to any potential claimant.

IT IS FURTHER ORDERED that the United States' Motion and this Order shall be filed under seal, and unsealed to the same extent and for the same limited purpose.

SO ORDERED.

DATED: April 5, 2023

_____
HON. WILLIAM V. GALLO
United States Magistrate Judge