NEIL M. POPOWITZ, ESQ. (Cal. Bar No. 140634)
**RELAW, APC**
2535 Townsgate Road, Suite 207
Westlake Village, CA 91361
(805) 265-1031 (Telephone)
(805) 265-1032 (Facsimile)
neil@relawapc.com (Email)

Attorneys for Finest City Escrow

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RETURN OF FUNDS SEIZED IN SEIZURE NO 3780230004, SEIZURE NO 3780230005, SEIZURE NO 3780230006, SEIZURE NO 3780230007, AND SEIZURE NO 3780230010 | Case No.  **'23 CV 0646 AGS MSB**<br>Hon.<br><br>**DECLARATION OF NEIL M. POPOWITZ IN SUPPORT OF MOTION FOR RETURN OF PROPERTY PURSUANT TO FRCP 41(G)**<br><br>Date:<br>Time: |

## DECLARATION OF NEIL M. POPOWITZ

I, Neil M. Popowitz, declare as follows:

1.     I am an attorney at law duly licensed to practice in California and a member of the U.S. District Court for the Southern District of California bar. I am the Supervising Attorney of the law firm RELAW, APC, a California Corporation.  I make this declaration in support of Finest City Escrow, Inc.'s Motion for Return of Property Pursuant to FRCP 41(g). I have personal knowledge of the facts set forth in this declaration and if called upon to testify, I could and would competently do so. The matters stated herein are of my own personal knowledge, and if called as a witness, I could competently testify as to the matters stated herein, except for those matters stated on information and believe, and as to those matters, I believe them to be true.

2.     On or about March 21, 2023, a copy of the redacted claim of Mr. Elah Abbas through his attorney Amir Makled was provided to my office by the U.S. Attorney's office.

3.     Upon information and belief, a true and correct photocopy of the redacted claim of Mr.

RELAW, APC
2535 Townsgate Road, Suite 207 • Westlake Village, CA 91361
(805) 265-1031 (Telephone) • jennifer@relawapc.com (Email)

1  Elah Abbas through his attorney Amir Makled is attached hereto as Exhibit "H".

2          I declare under penalty of perjury under the laws of the United States that the foregoing is

3  true and correct.

4  April 6, 2023, in Westlake Village, California.

5

6          By: _____

7                  Neil M. Popowitz

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RELAW, APC
2535 Towngate Road, Suite 207 • Westlake Village, CA  91361
(805) 265-1031 (Telephone) • jennifer@relawapc.com (Email)

DECLARATION OF NEIL POPOWITZ

EXHIBIT "H"

## SECTION I – CONTACT INFORMATION

| CLAIMANT INFORMATION |
| --- |

| | |
| --- | --- |
| Claimant/Contact Name: (Last, First)   Abbas, Elah | |
| Business/Institution Name: (if applicable) | Prisoner ID: (if applicable) |
| Address: (Include Street, City, State, and Zip Code)<br><br>8493 N Silvery Lane, Dearborn Heights MI 48127 | |
| Social Security Number/Tax Identification Number: (Enter N/A if you do not have one)<br><br>███████ | |
| Please provide an explanation why you do not have a Social Security Number, if above is N/A: | |
| Phone: (optional) | Email: (optional) |

| ATTORNEY INFORMATION (if applicable) |
| --- |

| | |
| --- | --- |
| Attorney Name: (Last, First)   Makled, Amir | |
| Attorney Title: | |
| Firm Name: (if applicable)   Hall Makled, PC | |
| Attorney Address: (Include Street, City, State, and Zip Code)<br>23756 Michigan Ave., Suite 100<br>Dearborn MI 48124 | |
| Are you an attorney filing this claim on behalf of your client?   ☐ YES   ☐ NO | |
| Attorney Phone: (optional)<br>313-788-8888 | Attorney Email: (optional)<br>amakled@hallmakled.com |

*If any of this information changes, you are responsible for notifying the agency of the new information.*

## SECTION II – ASSET LIST

*List each asset ID and asset description that you are claiming.*

| # | Asset ID | Asset Description |
| --- | --- | --- |
| | 23-FBI-000005 | $75,400.00 US Currency from Bank of America bank account ending in 7482, name on account Entourage Detroit, LLC |
| | | |
| | | |
| | | |

## SECTION III – INTEREST IN PROPERTY

*Identify your interest in each of the assets you are claiming. If you are filing for multiple assets and the responses are not the same for each asset, please print out multiple copies of this page to submit with the claim. If you have documentation that supports your interest in the claimed assets (e.g., bill of sale, retail installment agreements, contracts, titles or mortgages), please include copies of the documents with the submission of the claim.*

| INTEREST IN PROPERTY INFORMATION | |
|---|---|
| **Asset ID** | **Asset Description** |
| 23-FBI-000005 | $75,400.00 US Currency from Bank of America bank account ending in 7482, name on account |
| | Entourage Detroit, LLC |

**In the space below, please explain why you have a valid, good faith, and legally recognizable interest in this asset**:

I own a party promoting and private event planning company called Entourage Detroit, LLC. I entered into an agreement with an individual (goes by "Boston") in October 2022 to host a party in Chicago in March 2023. I advised "Boston" that I need a deposit in the amount of $75,400.00. "Boston" advised that he (or someone under his direction) will deposit a check in my business account in the amount of $75,400. The deposit  as made on or about October 13, 2022. I then was advised by Bank of America that my account has been closed and the money seized. When I relayed this information to "Boston", he seized to answer any further calls or text messages from me.

**In the space below, please list any documents you are including in support of your interest in the asset(s).  If none are included, please explain why.**

None. I had an oral agreement with "Boston" for my services.

## SECTION IV – RECOVERY OF LOSS

*Complete this section for assets you have recovered all or a portion of your losses either via an insurance claim and/or via some other source of recovery.  If you have more recovery of loss information than may fit on this page, print out multiple copies of this page to attach with the claim and indicate which assets apply to each page. If you have not received any recovery of your losses, then leave this section blank.*

| RECOVERY OF LOSS INFORMATION | |
|---|---|
| Asset ID | Asset Description |
| | |
| | |

| INSURANCE CLAIM INFORMATION (if applicable) | |
|---|---|
| Name of Insured: (Last, First) | |
| Policy Number: | Claim Number: |
| Name of Insurance Company: | Name of Insurance Agent: (Last, First) |
| Insurance Company Address: (Include Street, City, State, and Zip Code) | |
| Phone: (optional) | Email: (optional) |
| Have you received compensation from the insurance company?   ☐ YES      ☐ NO | Amount of Compensation: |

**If other sources of recovery exist (e.g., restitution, returns on investment or other settlements), please list and describe the details below.**

| OTHER SOURCE(S) OF RECOVERY (if applicable) | |
|---|---|
| Source of Recovery 1: | Amount of Recovery: |
| Source of Recovery 2: | Amount of Recovery: |

**In the space below, please list any documents you are including in support of your claim of recovery of loss.  If none are included, please explain why.**

## SECTION V – DECLARATION

*The following declaration must be completed by the claimant.*

I attest and declare under penalty of perjury that my claim is not frivolous and the information provided in support of my claim is true and correct to the best of my knowledge and belief.

**Signature**

Elah AbbAS

**Printed Name**

1/03/23

**Date**

RAMA KHARBOUTLI
Notary Public, State of Michigan
County of Wayne
My Commission Expires 11-25-2024
Acting in the County of _wayne_

If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

**Hall Makled, PC**
ttorneys and Counselors at Law

56 Michigan Avenue | Suite 300
Dearborn, MI 48124

CERTIFIED MAIL

METROPLEX MI 480

JAN 2023 PM 2

$4.81
US POSTAGE
FIRST-CLASS
FROM 48124
JAN 03 2023
stamps
endicia

7019 2970 0000 5424 1870

FORFEITURE PARALEGAL SPECIALIST
10385 VISTA SORRENTO PKWY
SAN DIEGO CA 92121-2703

OPENED AND INSPECTED

JAN 9 2023

FBI SAN DIEGO

92121-270385